# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**CHANCE BROGAN FRIDRIKSSON,**

    **Plaintiff,**

v.                                     Case No. 1:21-cv-83-AW-GRJ

**JOSE GARCES-RIVERA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's May 24, 2022 Report and Recommendation. ECF No. 39. No objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 39) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice for abuse of the judicial process and for failure to comply with a court order."

3. The clerk will close the file.

SO ORDERED on July 5, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge